

| | | |
|---|---|---|
| Kenneth S. Clark | *Suite 400* | *DIRECT: 410-209-4859* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *kenneth.clark@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-0717* |

March 21, 2025

**VIA ECF**

The Honorable Stephanie A. Gallagher
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

   Re:  Joint Status Report - *United States v. Manuel Erazo Alvarado*
       Crim. No. SAG-25-0028

Dear Judge Gallagher:

  We write to provide the Court with a status update in the above-referenced matter. Two defendants in this case have now had initial appearances in the case. Several others are not yet in custody. The parties will be starting discovery and discussing the possibility for any resolution short of trial but we anticipate that will take time. In light of this, the parties ask that the Court to schedule a further status report in 60 days, on May 21, 2025. The parties are filing a separate motion to toll time pursuant to the Speedy Trial Act through that date.

  Of course, please do not hesitate to contact us with any questions or concerns.

       Respectfully submitted,

       Kelly O. Hayes
       United States Attorney

    By:    /s/
       Kenneth S. Clark
       James Hammond
       Assistant United States Attorneys

cc: All counsel of record (via ECF)