**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*



James I. Hammond
*Assistant United States Attorney*
*james.hammond@usdoj.gov*

*36 South Charles Street*
*Suite 400*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4952*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

May 20, 2025

**VIA ECF**

Honorable Stephanie A. Gallagher
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Joint Status Report for *United States v. Manuel Erazo Alvarado, et al*
              Crim. Case No. SAG-25-028

Dear Judge Gallagher:

We write to provide the Court with a status update in the above-referenced matter. Three defendants in this case have now had initial appearances and have counsel appointed, including learned counsel. However, there are still other defendants not yet in custody. The Government anticipates disclosing its first production of discovery by the end of the week and eventually discussing the possibility for any resolution short of trial, but we anticipate that will take time. In light of this, the parties ask that the Court schedule a further status report in sixty days, on July 19, 2025. The parties are filing a separate motion to toll time pursuant to the Speedy Trial Act through that date.

Please do not hesitate to contact us with any questions or concerns.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:           /s/
           James I. Hammond
           Kenneth S. Clark
           Assistant United States Attorneys

cc: All counsel of record (via ECF)