IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CRIMINAL NO. SAG-25-0028** |
| **v.** | : |
| | : |
| **MANUEL ERAZO ALVARADO,** | : |
| et al. | : |
| | : |
| **Defendants.** | : |

.oOo.

**MOTION TO UNSEAL INDICTMENT IN PART**

The United States of America, by its counsel, Kelly O. Hayes, United States Attorney for the District of Maryland and Kenneth S. Clark and James Hammond, Assistant United States Attorneys for said District, respectfully requests an order from the Court unsealing the Indictment in Part in this case, and in support states the following:

On February 13, 2025, the grand jury returned an Indictment in the above matter. That was filed under seal because some of the defendants charged had not yet been arrested. The Court granted the Government's prior motion to unseal the indictment in part as to two defendants. Subsequently, the Court further unsealed the indictment when a third defendant was arrested. Now, a fourth defendant has been arrested. As a result, this motion seeks to unseal that Indictment as it relates to that defendant. Attached to the proposed order is a redacted version of the indictment removing only the names of the defendants who remain at large.

-1-

Thus, the Government hereby moves to unseal the attached, redacted version of the Indictment in this case. A proposed Order is attached for the Court's consideration.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

By:_____
    Kenneth S. Clark
    James Hammond
    Assistant United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland 21201
    (410) 209-4800