# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. SAG-25-028** |
| | * | |
| **MANUEL ERAZO ALVARADO,** | * | |
| et al. | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\*\*\*\*\*\*\*

## MOTION TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through undersigned counsel, hereby files this motion to file its Proposed Redacted Indictment (the "Indictment") under seal. In support of this motion, the government states as follows:

1. The Indictment contains information that is currently under seal and no reasonable alternative to sealing is available. Specifically, the Government has to provide the Court with a proposed redacted indictment that reveals information that the Court has not yet ordered unsealed. As a result, there is no way to provide this document publicly, although if the court orders it unsealed then it will quickly become public. Additionally, the interests in sealing outweigh the interests of disclosure on the docket. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing).

2. Counsel will file this Motion with the Court on ECF (pursuant to Standing Order 2025-05) and provide a courtesy copy to Judge Aslan, who is the duty magistrate.

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File Document Under Seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____
James I. Hammond
Kenneth S. Clark
Assistant United States Attorneys
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court via CM/ECF, which sent a copy to counsel of record.

_____
James I. Hammond
Assistant United States Attorney