# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CRIMINAL NO. SAG-25-0028** |
| v. | : |
| | : |
| **MANUEL ERAZO ALVARADO,** | : |
| et al. | : |
| | : |
| **Defendants.** | : |

.oOo.

# ORDER

Upon consideration of the Government's Motion to Unseal, and the reasons set forth therein, it is this 16th day of December, 2025, **ORDERED**, that the redacted version of the Indictment in the captioned case be and hereby is **UNSEALED**; and, it is further **ORDERED** that the complete Indictment in the captioned case will remain **SEALED**.

/s/
_____
Honorable Stephanie A. Gallagher
United States District Judge