# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG-25-028 |
| | * | |
| MANUEL ERAZO ALVARADO, et al. | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*

## MOTION TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through undersigned counsel, hereby files this motion to file its Motion to Unseal Arrest Warrant (the "Motion") under seal. In support of this motion, the Government states as follows:

1. The Motion contains information that is currently under seal and no reasonable alternative to sealing is available. Specifically, the Government has to identify for the Court the individual whose arrest warrant it seeks to have unsealed, although the indictment as to that individual remains under seal. The Government anticipates that the indictment as to that individual will be unsealed in the very near future but needs certified copies of the arrest warrant for a hearing tomorrow. As a result, there is no way to provide this document publicly, although if the court orders it unsealed then it will quickly become public. Additionally, the interests in sealing outweigh the interests of disclosure on the docket. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing).

2. Counsel will file this Motion with the Court on ECF (pursuant to Standing Order 2025-05) and provide a courtesy copy to Judge Miller, who is the duty magistrate.

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File Document Under Seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/ Kenneth S. Clark
_____
Kenneth S. Clark
James I. Hammond
Assistant United States Attorneys
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court via CM/ECF, which sent a copy to counsel of record.

_____
Kenneth S. Clark
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG-25-028 |
| | * | |
| MANUEL ERAZO ALVARADO, et al. | * | UNDER SEAL |
| | * | |
| Defendants. | * | |
| | * | |
| | ****** | |

## ORDER

Upon consideration of the Government's motion, the Court hereby finds as follows: there is good cause to grant the Government's request in light of the content of the proposed motion and the information provided in the motion. The motion and arrest warrant contain sensitive information and no reasonable alternative to sealing are available.

Therefore, it is this _____ day of December, 2025, hereby ORDERED that the Government's motion is placed under SEAL pending further order of the Court.

_____          _____
Hon. Douglas R. Miller                               Date
United States Magistrate Judge